# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLINTON A. FERGUSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ACUTUS MEDICAL, INC., VINCE BURGESS and DAVID H. ROMAN,<br><br>Defendants. | Case No. 3:22-cv-00388-JO-KSC<br><br>**ORDER REGARDING SCHEDULING** |

Presently before the Court is the parties' Stipulation Regarding Scheduling (the "Stipulation") (Dkt. No. 14), by which Plaintiff Clinton A. Ferguson ("Plaintiff") and Defendants Acutus Medical, Inc., Vince Burgess, and David H. Roman ("Defendants") seek approval of the following stipulated terms:

1. Defendants are relieved of any obligation to respond to the initial Complaint in the Action.

2. Within fourteen (14) days of entry of the Court's order appointing a lead plaintiff and lead counsel in *Brown v. Acutus Medical, Inc. et al.*, 3:22-cv-00206-JO-KSC, such lead counsel and counsel for Defendants shall meet and confer and jointly submit a proposed schedule for the filing of a consolidated amended complaint, Defendants' response to the same, and any and all briefing associated therewith.

\* \* \*

Having reviewed the materials submitted, the Court GRANTS the parties' Stipulation according to the stipulated terms.

**IT IS SO ORDERED.**

Dated: 4/20/22

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE